ADELE STATES, Appellant, *v.* CHARLES J. CROMWELL, Respondent.

*Court of Appeals, January 25, 1887.*

*Appeal Return.*—The court of appeals has no jurisdiction to compel an appellant to attach to the return copies of documents whether they are or are not part of the record of the general term; but if they are, for any reason, a part of such record, a motion for that purpose should be made in the court below.

Motion to compel the appellant to correct the return to the court of appeals by adding thereto copies of certain documents, and to serve copies of the return, as so amended upon the respondent.

*George Zabriskie,* for the motion.

*Samuel L. Gross,* opposed.

PER CURIAM.—This is a motion to compel the appellant to correct the return to this court by adding thereto copies

of certain documents, and to serve copies of the return as so amended upon the respondent. A complete answer to the motion is that the documents are no part of the record in the court below, and that the record certified to this court is a correct copy of that record. If the documents should be a part of that record for any reason, we have no jurisdiction to make them a part thereof; but a motion for that purpose should be made to the court below.

Motion denied, with $10 costs.

All concur.